UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE LLOYD COTTRELL, | ) | 1:04-CV-05943-SMS-HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| v. | ) | EXTENSION OF TIME NUNC PRO TUNC |
| | ) | (DOCUMENT #23) |
| | ) | |
| JEANNE WOODFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2005, respondents filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Due to the fact that respondents filed an answer on June 14, 2005, and GOOD CAUSE APPEARING, IT IS HEREBY that respondents' motion for extension of time is GRANTED NUNC PRO TUNC to May 31, 2005.

IT IS SO ORDERED.

**Dated:   June 30, 2005**          /s/ Sandra M. Snyder
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE