UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE LLOYD COTTRELL, | ) | 1:04-CV-05943-SMS-HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | (DOCUMENT #32) |
| JEANNE WOODFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 18, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse in response to the answer filed by respondents on June 14, 2005.

IT IS SO ORDERED.

**Dated:   August 2, 2005**          **/s/ Sandra M. Snyder**
ah0l4d                                            UNITED STATES MAGISTRATE JUDGE