# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | CV F   04-5943 SMS HC |
| Petitioner, | ORDER FOR PETITIONER TO SUBMIT FURTHER STATUS REPORT |
| v. | [Doc. 39] |
| JEANNE WOODFORD, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On December 2, 2005, the Court granted Petitioner's request to stay the case pending exhaustion of new claim(s) in the state court.  In that order, Petitioner was directed to file a status report within thirty days from the date of service of that order.  The thirty day time period has passed and Petitioner has not filed a status report.  The Court does acknowledge that on November 18, 2005, prior to the Court's order granting the stay, Petitioner submitted a status report indicating that on November 3, 2005, he filed a petition for writ of habeas corpus in the Madera County Superior Court and, on November 8, 2005, the Court ordered the State of California to file a response to the petition within thirty days from the date of service of that order. (Court Doc. 38.)  Petitioner was ordered to file a traverse within thirty days after the service of the State's response.  (Id.)

1

1 | Within **twenty (20)** days from the date of service of this order, Petitioner shall file a
2 | further status report regarding the status of his state habeas corpus petition in accordance with the
3 | Court's December 2, 2005, order.

IT IS SO ORDERED.

**Dated:   January 24, 2006**                   /s/ Sandra M. Snyder
icido3                                            UNITED STATES MAGISTRATE JUDGE