# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL,<br><br>        Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD, et al.,<br><br>        Respondents.<br>_____/ | CV F   04-5943 SMS HC<br><br>ORDER EXTENDING STAY OF CASE<br>PENDING EXHAUSTION AT STATE COURT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

      On December 2, 2005, the Court granted Petitioner's request to stay the case pending exhaustion of new claims in state court. Petitioner was directed to file a status report within thirty days from the date of service of that order. Petitioner did not file a status report or otherwise respond to the Court's order. Therefore, on January 25, 2006, the Court directed Petitioner to file a status report. In that order it was noted that prior to the Court's granting Petitioner's request to stay, Petitioner filed a status report on November 18, 2005, indicating that he had filed a state habeas corpus petition in the Madera County Superior Court, and on November 8, 2005, the Court directed Respondent to file a response. (Court Doc. 40, at 1.)

      Petitioner filed a status report on February 3, 2006. In the report, Petitioner indicates that Respondent was granted an extension of time to file an answer to the petition, which is currently

due February 8, 2006, and Petitioner's traverse is due thirty days thereafter. Based on the facts presented in Petitioner's current status report, IT IS HEREBY ORDERED that:

1. Petitioner shall file a further status report every ninety (90) days hereafter indicating the status of the state court filing, including a copy of any written order issued by the state court; and

2. Petitioner is GRANTED thirty (30) days following the final order of the California Supreme Court in which to file a Motion to Lift the Stay and amend the petition to include the newly exhausted claim.[1]

IT IS SO ORDERED.

**Dated:   February 8, 2006**            /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

---

[1] This briefing schedule supersedes the prior schedule set forth in the Court's December 2, 2005, order.