1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DALE LLOYD COTTRELL,                 )          1:04-CV-05943-SMS-HC
                                           )
12           Petitioner,                   )          ORDER DISREGARDING PETITIONER'S
                                           )          MOTION FOR APPOINTMENT OF
13           v.                            )          COUNSEL
                                           )
14    JEANNE WOODFORD, et al.,             )          (DOCUMENT #45)
                                           )
15           Respondent.                   )
                                           )
16    _____ )

17           Petitioner filed the instant petition for writ of habeas corpus on July 7, 2004.  After filing a

18    motion to dismiss the petition, Respondent filed an answer to the petition on June 14, 2005.  On

19    December 2, 2005, the Court granted Petitioner's request to stay the proceeding in order to exhaust of

20    new claim(s) in the state court. (Court Doc. 39.) Petitioner has filed timely status reports, the latest filed

21    August 8, 2006, in which Petitioner indicated that the state petition was pending in the Madera County

22    Superior Court, and Respondent's return was due August 9, 2006.  (Court Doc. 44.)

23           On August 16, 2006, Petitioner filed a motion to appoint counsel, which was addressed to the

24    Madera County Superior Court.  (Court Doc. 45.) Petitioner requests counsel in order to file a response

25    to the answer filed by Respondent in the Superior Court.  (Id.)  Because Petitioner's motion was

26    addressed to the Madera County Superior Court, the Court shall DISREGARD the motion, and

27    Petitioner should re-file the motion in that Court if desired.

28

1

2   IT IS SO ORDERED.

3   **Dated:      September 21, 2006                    /s/ Sandra M. Snyder**
    ah0l4d                                   UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28