# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | CV F 04-5943 SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION |
| v. | |
| JEANNE WOODFORD, et al., | [Doc. 50] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Pursuant to this Court's order of February 9, 2006, this case was stayed and held in abeyance On June 22, 2007, Petitioner filed a status report and motion for an extension of time. Petitioner states that the California Supreme Court denied his state habeas corpus petition on June 13, 2007, and Petitioner requests an extension of time to and including August 15, 2007, to file his amended petition.

GOOD CAUSE having been demonstrated, Petitioner's motion for an extension of time is GRANTED, and the amended petition shall be filed on or before August 15, 2007.

IT IS SO ORDERED.

Dated:   July 19, 2007                        /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1