IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-05943 SMS (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION |
| JEANNE S. WOODFORD, et al., | (DOCUMENT #53) |
| Respondents. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 13, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an amended petition.

IT IS SO ORDERED.

**Dated:   August 24, 2007**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE