# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | CV F   04-5943 SMS HC |
| Petitioner, | ORDER VACATING STAY AND DIRECTING RESPONDENT TO FILE RESPONSE TO AMENDED PETITION |
| v. | |
| JEANNE WOODFORD, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On December 2, 2005, the Court granted Petitioner's motion to stay and hold the petition in abeyance pending exhaustion in the state courts.  (Court Doc. 39.)

On September 26, 2007, Petitioner filed a motion requesting that the stay be lifted, along with a first amended petition.  (Court Docs. 55, 57, 58.)  Petitioner indicates that the California Supreme Court denied his petition for writ of habeas corpus on June 13, 2007.

Based on the foregoing, it is HEREBY ORDERED that:

1.  The stay of the instant petition is VACATED;

2.  Within **forty-five (45)** days from the date of service of this order, Respondent shall file a response to the first amended petition;

3.  Within **thirty (30)** days after Respondent files her answer, Petitioner may file a

1 traverse; and

2     4.    All other provisions outlined in the Court's August 19, 2004, order, remain in full force and effect.

IT IS SO ORDERED.

**Dated:**   **October 15, 2007**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE