IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE LLOYD COTTRELL,**<br><br>                                Petitioner,<br><br>      v.<br><br>**JEANNE WOODFORD, Warden,**<br><br>                                Respondent. | 1:04-cv-5943 SMS HC<br><br>**ORDER** GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(Document #61)<br><br>New Deadline: December 31, 2007 |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Application for Extension of time GRANTED, Respondent's Response shall be filed no later December 31, 2007.

IT IS SO ORDERED.

**Dated:   November 29, 2007**                    /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE

1