IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE LLOYD COTTRELL,**<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>**JEANNE WOODFORD, Warden,**<br><br>　　　　　Respondent. | 1:04-cv-5943 REC SMS HC<br><br>**ORDER GRANTING SECOND APPLICATION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO AMENDED PETITION** (Document #63)<br><br>New Deadline: <u>January 30, 2008</u> |

　　　GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Application for Extension of time GRANTED, Respondent's Response shall be filed no later than January 30, 2008.

IT IS SO ORDERED.

**Dated:   January 4, 2008**　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1