IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE LLOYD COTTRELL,** | CIV F 04-5943- SMS HC |
| Petitioner, | **ORDER GRANTING THIRD EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES A. YATES, Warden,** | (Document # 65) |
| Respondent. | New Deadline: February 29, 2008 |

GOOD CAUSE appearing.  IT IS HEREBY ORDERED THAT Application for Extension of time GRANTED, Respondent's Response shall be filed no later February 29, 2008.

IT IS SO ORDERED.

**Dated:   February 4, 2008**              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1