IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE LLOYD COTTRELL,**<br><br>                                    Petitioner,<br><br>    v.<br><br>**JEANNE WOODFORD, Warden,**<br><br>                                    Respondent. | CIV F 04-5943 REC SMS HC<br><br>**ORDER GRANTING RESPONDENT'S FOURTH EXTENSION OF TIME TO FILE RESPONSE**<br><br>Document #67 |

   GOOD CAUSE APPEARING,  Respondent's application to a 31-day enlargement of time, from February 29, 2008, to March Monday, March 31, 2008, within which to file a response to the amended petition.

IT IS SO ORDERED.

**Dated:   February 28, 2008**            /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1