IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE LLOYD COTTRELL,**<br><br>                              Petitioner,<br><br>     v.<br><br>**JAMES A. YATES, Warden,**<br><br>                              Respondent. | CIV F 04-5943 REC SMS HC<br><br>ORDER GRANTING RESPONDENT'S FIFTH EXTENSION OF TIME TO FILE RESPONSE |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time, from Monday, March 31, 2008, to April 30, 2008, within which to file a response to the amended petition is granted.

IT IS SO ORDERED.

**Dated:    March 28, 2008**                     /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1