IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-05943-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S SIXTH MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| JAMES A. YATES, Warden, | (DOCUMENT #71) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time, within which to file a response to the amended petition is granted, and the response shall be filed on or before May 30, 2008.  Because this is Respondent's sixth extension of time within which to file a response to the amended petition, <u>no further extensions of time will be granted unless upon a clear showing of extraordinary circumstances</u>.


IT IS SO ORDERED.

**Dated:    May 2, 2008**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE