IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL,<br><br>       Petitioner,<br><br>    vs.<br><br>JEANNE S. WOODFORD, et al.,<br><br>       Respondent.<br>_____/ | 1:04-cv-05943 SMS (HC)<br><br>ORDER GRANTING RESPONDENT'S SEVENTH MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE AMENDED PETITION<br><br>(DOCUMENT #73) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2008, Respondent filed a motion to extend time to file a response to the amended petition filed on September 26, 2007. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Respondent's motion for extension of time is GRANTED.

2. Respondent shall file a response to the amended petition by no later than June 6, 2008.

IT IS SO ORDERED.

**Dated:   June 3, 2008**                         **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE