IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-5943 SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE A TRAVERSE |
| JEANNE S. WOODFORD, et al., | (DOCUMENT #78) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 7, 2008, Petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to his traverse.

IT IS SO ORDERED.

**Dated:    July 10, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE