IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-05943-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | |
| JEANNE S. WOODFORD, | (DOCUMENT #80) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 12, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to a traverse.

IT IS SO ORDERED.

**Dated:   August 25, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE