IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-05943 SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | |
| JEANNE S. WOODFORD, et al, | (DOCUMENT #82) |
| Respondent. | (30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 29, 2008, petitioner filed a motion to extend time to file a Traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a Traverse.

IT IS SO ORDERED.

**Dated:   October 7, 2008**           **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE