1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DALE LLOYD COTTRELL,                    1:04-cv-05943-SMS-(HC)

12          Petitioner,                      ORDER GRANTING PETITIONER'S
                                             FOURTH MOTION FOR EXTENSION OF
13      vs.                                  TIME TO FILE TRAVERSE

14   JEANNE  S. WOODFORD, et al.,            (DOCUMENT #84)

15          Respondent.                      THIRTY DAY DEADLINE

16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On November 7, 2008,  petitioner filed a motion to extend time to file a

19   traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to file a

22   traverse.

23

24   IT IS SO ORDERED.

25   **Dated:    November 17, 2008**          _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28