IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | 1:04-cv-5943-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | |
| JEANNE S. WOODFORD, | (DOCUMENT #86) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 19, 2008, petitioner filed his fifth motion to extend time to a Traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his Traverse.

IT IS SO ORDERED.

**Dated:    December 29, 2008**          _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE