UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LLOYD COTTRELL, | ) 1:04-cv—05943-SMS-HC |
| | ) |
| Petitioner, | ) SECOND ORDER TO RESPONDENT |
| | ) DIRECTING RESPONDENT TO FILE |
| | ) WITHIN TEN DAYS DOCUMENTS TO |
| v. | ) PERFECT THE RECORD |
| | ) |
| JEANNE S. WOODFORD, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the parties' consent and the subsequent order of the Court filed on February 25, 2005, the matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 301. Pending before the Court is the first amended petition (FAP) for writ of habeas corpus, filed on September 26, 2007 (doc. 58).

The Court has reviewed the petition and accompanying exhibits and record.

With respect to Petitioner's first habeas corpus proceeding

1

1  in the Court of Appeal, Fifth Appellate District (DCA),
2  Respondent purported to file the petition, filed in the DCA on
3  February 21, 2001, as lodged document 4, and Respondent's answer
4  to the petition, filed in the DCA on May 10, 2001, as lodged
5  document 5.
6       However, review of those documents reveals that Respondent
7  filed only the cover sheet of the petition as lodged document 4;
8  the actual petition is filed as lodged document 5, although it
9  bears a cover sheet and title page for the answer.
10      The net result is that the Court lacks the answer to the
11 first state habeas petition, which appears to contain numerous
12 exhibits, as Respondent states in footnote 23 on page 40 of the
13 answer (doc. 75) filed in this Court by Respondent on June 5,
14 2008.
15      Respondent is DIRECTED to file in this Court no later than
16 ten days after the date of service of this order the entire
17 answer filed by Respondent in the DCA on May 10, 2001, including
18 the answer and all exhibits thereto.

20 IT IS SO ORDERED.
21 **Dated:   September 23, 2010**           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE